## Johnson, Appellant, *v.* Whisler.

Submitted September 11, 1973. *Vincent C. Veldorale*, and *Fine, Staud, Grossman & Garfinkle*, for appellant; *Edward R. Paul*, with him *James M. Marsh*, and *LaBrum and Doak*, for appellee.

Order affirmed.

## Killian *v.* Killian, Appellant.

Argued September 18, 1973. *Irene H. Cotton*, for appellant; *George D. Kline*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

SPAULDING, J., absent.